**U. Gwyn Williams**
Direct Dial: 1.617.948.6000
gwyn.williams@lw.com

200 Clarendon Street
Boston, Massachusetts 02116
Tel: +1.617.948.6000  Fax: +1.617.948.6001
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

December 19, 2019

**BY ECF**

The Honorable Lorna G. Schofield
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *DeCrescentis et al. v. Lands' End, Inc.*, 19-CV-4717 (LGS) ("Joint Status Letter")

Dear Judge Schofield:

Pursuant to Paragraph 14 of this Court's Case Management Order of September 20, 2019, the parties in this case respectfully submit this joint status letter.

Both parties recently exchanged document productions. Lands' End, Inc. plans to produce additional documents once Delta identifies which of its employees are New York residents, a process which Delta says is underway. The parties had a meet and confer on discovery issues on December 10, 2019. Following the meet and confer, Lands' End agreed to produce amended discovery responses, which it served on December 18, 2019. Plaintiff's attorneys are in the process of reviewing the amended responses to determine if any discovery disputes remain for further discussion with Lands' End's attorneys. The parties are currently reviewing document productions. If disputes arise during that process, the parties will meet and confer to attempt to resolve them without the aid of this Court.

Respectfully submitted,

/s/ U. Gwyn Williams
U. Gwyn Williams (*pro hac vice*)
OF LATHAM & WATKINS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: 617.948.6000
Facsimile: 617.948.6001
Email: gwyn.williams@lw.com

LATHAM&WATKINS LLP

/s/ Randee M. Matloff
Randee M. Matloff (*pro hac vice*)
OF NAGEL RICE LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400
rmatloff@nagelrice.com

cc (via ECF):  Edward Cerasia II, Esq.
Benjamin Naftalis, Esq.
Bruce H. Nagel, Esq.