UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONICA DECRESCENTIS, on behalf of herself and the Putative Class,

        Plaintiffs,

-against-

LANDS' END, INC.,

        Defendant.

19-CV-4717 (LJL)

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that all claims asserted by Plaintiff Monica DeCrescentis, on behalf of herself and the putative class, and thus this case in its entirety, are hereby dismissed without prejudice and without interest or costs.

Dated: May 15, 2020

Respectfully submitted,

| | |
|---|---|
| CERASIA & DEL REY-CONE LLP | LATHAM & WATKINS LLP |
| By: _/s/ Edward Cerasia II_ | By: _/s/ U. Gwyn Williams_ |
| Edward Cerasia II | U. Gwyn Williams |
| 150 Broadway, Suite 1517 | 200 Clarendon Street |
| New York, New York 10038 | Boston, Massachusetts 02116 |
| 646.525.4231 | 617.880.4500 |
| ed@cdemploymentlaw.com | gwyn.williams@lw.com |
| | |
| *Attorneys for Plaintiff and Proposed Class* | *Attorneys for Defendant* |